

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2015

No. 04-15-00199-CR

Gabriel **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0420
Honorable Ron Rangel, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED.
Time is extended to October 1, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Eric Karl                          Nicolas A. LaHood
        Attorney At Law                    District Attorney, Bexar County
        P.O. BOX 1290                      101 W. Nueva, Suite 370
        Helotes, TX 78023-1290             San Antonio, TX 78205